# EXHIBIT 1

US0D1079336S

(12) **United States Design Patent**    (10) Patent No.:    **US D1,079,336 S**

Chen       (45) Date of Patent:    **   **Jun. 17, 2025**

(54) **DRESSING TABLE**

(71) Applicant: **POPICORNS E-COMMERCE CO., LIMITED**, Hong Kong (CN)

(72) Inventor: **Minghua Chen**, Anhui (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/979,521**

(22) Filed: **Dec. 19, 2024**

(51) **LOC (15) Cl.** ............................................... **06-05**

(52) **U.S. Cl.**
USPC ........................................................ **D6/661**

(58) **Field of Classification Search**
USPC .... D6/653, 653.15, 654, 654.15, 655, 655.1, D6/655.15, 657, 660, 661, 662, 663, 664, D6/667, 671, 671.1, 672, 675
CPC ......... A47B 55/00; A47B 57/00; A47B 67/00; A47B 83/045
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D249,857 S | 10/1978 | Adkinson | D6/691.9 |
| D426,729 S | 6/2000 | Draheim et al. | |
| D530,938 S | 10/2006 | Netto | D6/671.1 |
| D534,379 S | 1/2007 | Juneau | D6/691.8 |
| D542,059 S | 5/2007 | Moyle | D6/678.1 |
| D577,233 S | 9/2008 | Greiner | D6/705 |
| D581,694 S | 12/2008 | Kreiss | |
| D589,280 S | 3/2009 | Zambelli | D6/675.1 |
| D594,248 S | 6/2009 | Zambelli | D6/661 |
| D704,480 S | 5/2014 | Zambelli | D6/661 |
| D817,667 S | 5/2018 | Davis | D6/661 |
| D898,483 S | 10/2020 | Choi | |
| D904,801 S | 12/2020 | Davis | D6/657 |
| D907,410 S | 1/2021 | Choi | D6/661 |
| D946,316 S | 3/2022 | Choi | D6/655.15 |
| D988,046 S | 6/2023 | Chen | |
| D1,046,504 S | 10/2024 | Fan | D6/655.1 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 307425021 | 9/2024 |
| CN | 308853550 | 9/2024 |
| GB | 6412237 | 1/2025 |

OTHER PUBLICATIONS

MoproBeti Modern Closet Island with Drawers, retrieved online, [site visited Mar. 26, 2025], URL: https://www.amazon.com/Drawers-Multi-Functional-Organizer-Dressing-Cloakroom/dp/B0DNYZZHV2 (Year: 2024).

Triple Tree Modern Luxury Multi-Functional Island, retrieved online, [site visited Mar. 26, 2025], URL: https://www.walmart.com/ip/Modern-Luxury-Multi-Functional-Island-Vanity-Dresser-Storage-Cabinet-Glass-Tabletop-Display-Shelf-6-Drawers-Walk-in-Wardrobe-Bedroom/9486104294 (Year: 2024).

Latitude Run Jylin Dresser, retrieved online, [site visited Mar. 26, 2025], URL: https://www.wayfair.com/furniture/pdp/latitude-run-jylin-dresser-with-glass-tabletop-display-shelf-and-6-drawers-w111097830.html (Year: 2024).

(Continued)

*Primary Examiner* — Richard Kearney
*Assistant Examiner* — Qiawen W Wiechert

(57) **CLAIM**

The ornamental design for a dressing table as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a dressing table showing my new design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left view thereof;
FIG. **6** is a right view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.

**1 Claim, 8 Drawing Sheets**



**US D1,079,336 S**

Page 2

(56) **References Cited**

OTHER PUBLICATIONS

Homary, 60″ Glass Top Dresser Walk-in Closet Island with Jewelry Storage, Inventor started the first sale of this product Jan. 24, 2024. Access Date on Dec. 13, 2024. The link of the sale: https://www.homary.com/item/60w-modern-black-dresser-with-doors-drawers-walk-in-closet-island-jewelry-storage-47505.html?keyword=JJ3R06196P&source=customers.

Homary, Moderne schwarze Kleiderschrank mit Schubladen, Inventor started the first sale of this product Jan. 24, 2024. Access Date on Dec. 13, 2024. The link of the sale: https://de.homary.com/item/60w-modern-black-dresser-with-doors-drawers-walk-in-closet-island-jewelry-storage-47505.html?keyword=JJ3R06196P&source=customers.

Homary, 1530mm Glass Top Dresser Walk-in Closet Island with Jewelry Storage, Inventor started the first sale of this product Jan. 24, 2024. Access Date on Dec. 13, 2024. The link of the sale: https://uk.homary.com/item/60w-modern-black-dresser-with-doors-drawers-walk-in-closet-island-jewelry-storage-47505.html?keyword=JJ3R06196P&source=customers.

Homary, Commode en verre de 1530 mm, îlot de dressing avec rangement pour bijoux, Inventor started the first sale of this product Jan. 24, 2024. Access Date on Dec. 13, 2024. The link of the sale: https://fr.homary.com/item/60w-modern-black-dresser-with-doors-drawers-walk-in-closet-island-jewelry-storage-47505.html?keyword=JJ3R06196P&source=customers.

Case: 1:26-cv-01474 Document #: 1-1 Filed: 02/09/26 Page 4 of 11 PageID #:17



FIG. 1

**U.S. Patent**      Jun. 17, 2025      Sheet 2 of 8      US D1,079,336 S



FIG. 2



FIG. 3



FIG. 4

Case: 1:26-cv-01474 Document #: 1-1 Filed: 02/09/26 Page 8 of 11 PageID #:21



FIG. 5



FIG. 6



FIG. 7



FIG. 8