# EXHIBIT 2

Schedule A - Popicorns E-Commerce Co., Limited v. The Individuals, et al.

| No. | Platform | Seller's Name | Country | Product Number | Store URL |
|---|---|---|---|---|---|
| 1 | Amazon | Luoyang Caiqi Department Store (Sole Proprietorship) | China | B0FCLWX2QS | https://www.amazon.com/Multi-Functional-Dresser-Storage-Tabletop-Wardrobe/dp/B0FCLWX2QS?th=1 |
| 2 | Amazon | JIJIWANG | China | B0DPMJ19X3 | https://www.amazon.com/dp/B0DPMJ19X3/ref=mweb_up_a m_fl_st_na_un_up_sm_sxts_snpl_1_0_d26e24db-d6a0-41ff-bb8a-bf1969aea086?th=1 |
| 3 | Amazon | THCTVOUS | China | B0FJY94CXY | https://www.amazon.com/dp/B0FJY94CXY/ref=mweb_up_a m_fl_st_na_un_up_sm_sxts_snpl_1_0_d26e24db-d6a0-41ff-bb8a-bf1969aea086 |
| 4 | Amazon | Xinfengmao | China | B0FP1QQFKF | https://www.amazon.com/dp/B0FP1QQFKF/ref=mweb_up_a m_fl_st_na_un_up_sm_sxts_snpl_1_0_d26e24db-d6a0-41ff-bb8a-bf1969aea086 |
| 5 | Amazon | Xinghai-Ruyi Atelier | China | B0FCXXN351 | https://www.amazon.com/HiHomely-Multi-Functional-Tabletop-Display-Drawers/dp/B0FCXXN351 |
| 6 | Amazon | Popular-MO | China | B0D5YQP4F6 | https://www.amazon.com/JIVOIT-Vanity-Dresser-Multi-Functional-Wardrobe/dp/B0D5YQP4F6?th=1 |
| 7 | Amazon | QINGMING US | China | B0G4H1KK5W | https://www.amazon.com/senfeii-Modern-Multi-Functional-Tabletop-Wardrobe/dp/B0G4H1KK5W/ref=collections_p_dtp_xnewar r_ssruni_d_sccl_3_1/144-5028593-5061619?pd_rd_w=belaL&content-id=amzn1.sym.fa5a04ce-d1fe-429b-8a18-4ac7c0a693bd&pf_rd_p=fa5a04ce-d1fe-429b-8a18-4ac7c0a693bd&pf_rd_r=N3Z8RTYVEQFD2T3EXZPM&pd _rd_wg=fYU03&pd_rd_r=1dd304a5-536f-48b9-a465-476d46a5ecba&pd_rd_i=B0G4H1KK5W&psc=1 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | Amazon | EASTALOLO | China | B0F93RWNTD | https://www.amazon.com/Modern-Bedroom-Dresser-Storage-Cabinet/dp/B0F93RWNTD/ref=pd_day0_d_sccl_3_35/144-5028593-5061619?pd_rd_w=iLbF3&content-id=amzn1.sym.5689c70e-0b55-4c28-8f36-ab0512c0b73c&pf_rd_p=5689c70e-0b55-4c28-8f36-ab0512c0b73c&pf_rd_r=DA77S42JSGHKQWCJSMDH&pd_rd_wg=kJWZK&pd_rd_r=1d6e902a-2190-498f-aa30-cd1640917829&pd_rd_i=B0F93RWNTD&psc=1 |
| 9 | Amazon | zoeroy | China | B0G5FJWZND | https://www.amazon.com/Kaireey-Multi-Functional-Tabletop-Display-Wardrobe/dp/B0G5FJWZND/ref=collections_p_dtp_xnewarr_ssruni_d_sccl_2_1/144-5028593-5061619?pd_rd_w=rfkW6&content-id=amzn1.sym.fa5a04ce-d1fe-429b-8a18-4ac7c0a693bd&pf_rd_p=fa5a04ce-d1fe-429b-8a18-4ac7c0a693bd&pf_rd_r=WQEAYAJRXNXW37PER41Y&pd_rd_wg=1BmAA&pd_rd_r=d5130d83-58aa-493d-a1a1-d4a95d083f1e&pd_rd_i=B0G5FJWZND&psc=1 |
| 10 | Amazon | EQsalisu | China | B0G6X66TW7 | https://www.amazon.com/Eqsalisu-Modern-Luxury-Vanity-Dresser/dp/B0G6X66TW7/ref=collections_p_dtp_xnewarr_ssruni_d_sccl_2_7/144-5028593-5061619?pd_rd_w=rfkW6&content-id=amzn1.sym.fa5a04ce-d1fe-429b-8a18-4ac7c0a693bd&pf_rd_p=fa5a04ce-d1fe-429b-8a18-4ac7c0a693bd&pf_rd_r=WQEAYAJRXNXW37PER41Y&pd_rd_wg=1BmAA&pd_rd_r=d5130d83-58aa-493d-a1a1-d4a95d083f1e&pd_rd_i=B0G6X66TW7&psc=1 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Amazon | CoziRooom | China | B0FHQ1SKVK | https://www.amazon.com/LERFAN-Multi-Functional-Tabletop-Wardrobe-18-7Dx60-4Wx33-1H/dp/B0FHQ1SKVK/ref=pd_ci_mcx_di_int_sccai_cn_d_sccl_1_14/144-5028593-5061619?pd_rd_w=H7bod&content-id=amzn1.sym.751acc83-5c05-42d0-a15e-303622651e1e&pf_rd_p=751acc83-5c05-42d0-a15e-303622651e1e&pf_rd_r=WQEAYAJRXNXW37PER41Y&pd_rd_wg=1BmAA&pd_rd_r=d5130d83-58aa-493d-a1a1-d4a95d083f1e&pd_rd_i=B0FHQ1SKVK&th=1 |
| 12 | BedBath&Beyond | | China | 84071207 | https://www.bedbathandbeyond.com/Home-Garden/Modern-Luxury-Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet/40816845/product.html?option=84071207 |
| 13 | BedBath&Beyond | | China | 40816844 | https://www.bedbathandbeyond.com/Home-Garden/Modern-Luxury-Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet/40816844/product.html?option=84071206 |
| 14 | BedBath&Beyond | | China | 45756786 | https://www.bedbathandbeyond.com/Home-Garden/Multi-Functional-Storage-Cabinet/42544208/product.html?option=88809630 |
| 15 | BedBath&Beyond | | China | 44219689 | https://www.bedbathandbeyond.com/Home-Garden/Multi-Functional-Vanity-Dresser-Storage-Cabinet-with-Glass-Tabletop-6-Drawers/40797821/product.html?option=83985569 |
| 16 | BedBath&Beyond | | China | 44232170 | https://www.bedbathandbeyond.com/Home-Garden/Modern-6-Drawers-Dresser-with-Glass-Tabletop-and-Open-Shelves/40812070/product.html?refccid=KSZFI5UURC3ILUKO47F52GMIL4&searchidx=7&option=84050785 |
| 17 | BedBath&Beyond | | | 45536277 | https://www.bedbathandbeyond.com/Home-Garden/Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet-with-Glass-Tabletop-Display-Shelf-6-Drawers/42287258/product.html?refccid=I4PAAEXHPQ2IX6KPBXFMXGX744&searchidx=15&option=88149321 |

| | | | | | |
|---|---|---|---|---|---|
| 18 | BedBath&Beyond | roomfitters | | 46086496 | https://www.bedbathandbeyond.com/Home-Garden/Roomfitters-Modern-Luxury-Multi-Functional-Island-Vanity-Dresser-Storage-Cabinet-with-Glass-Tabletop-Cream-White/42940204/product.html?option=89925256&recalg=1006,994&recset=23a9cdd3-b291-4544-bfaa-47f043b6a59b&refccid=KPJXERWPCPOLNRCN4WYZAWRQCU&recguid=99f64096-3a4e-4436-9ca7- |
| 19 | BedBath&Beyond | | | 44396840 | https://www.bedbathandbeyond.com/Home-Garden/Luxury-Island-Vanity-Desk-Wardrobe-Coffee-Table-with-Glass-Tabletop-Display-Shelf-6-Drawers-for-Bedroom/41000065/product.html?option=84763805&recalg=1006%2C994&recset=023e13f7-c056-45b2-825e-09ae16d6e329&refccid=UBWQBUGNEQEJA3CBIK2LTJMH5M&recguid=8f2f8766-3e2f-41e9-9311-5a9e70a3eb92&recidx=0&st=pdp_cmpr_ctrl |
| 20 | BedBath&Beyond | Earth & Table | | 44119527 | https://www.bedbathandbeyond.com/Home-Garden/Modern-Luxury-Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet-with-Glass-Tabletop-Display-Shelf-6-Drawers-for-Bedroom/40683001/product.html?option=83513633&recalg=1006%2C994%2C997&recset=023e13f7-c056-45b2-825e-09ae16d6e329&refccid=UBWQBUGNEQEJA3CBIK2LTJMH5M&recguid=8f2f8766-3e2f-41e9-9311-5a9e70a3eb92&recidx=2&st=pdp_cmpr_ctrl |
| 21 | BedBath&Beyond | | | 46171389 | https://www.bedbathandbeyond.com/Home-Garden/Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet-with-Glass-Tabletop/43043608/product.html?option=90197404&recalg=1006%2C994%2C997&recset=023e13f7-c056-45b2-825e-09ae16d6e329&refccid=UBWQBUGNEQEJA3CBIK2LTJMH5M&recguid=8f2f8766-3e2f-41e9-9311-5a9e70a3eb92&recidx=3&st=pdp_cmpr_ctrl |

| | | | | | |
|---|---|---|---|---|---|
| 22 | BedBath& Beyond | | | 44417332 | https://www.bedbathandbeyond.com/Home-Garden/Modern-Multi-Functional-Vanity-with-Glass-Tabletop-and-6-Drawers/41023352/product.html?option=84832099&recalg=1006%2C994%2C997&recset=bc22a61c-c39a-4de3-b014-890f702047ea&refccid=QB7STUMWAURILCSKUXIBWLE7VY&recguid=586f5a00-1fe7-4867-9e59-f68fea7ca108&recidx=0&st=pdp_cmpr_ctrl |
| 23 | BedBath& Beyond | | | 44232170 | https://www.bedbathandbeyond.com/Home-Garden/Modern-6-Drawers-Dresser-with-Glass-Tabletop-and-Open-Shelves/40812070/product.html?option=84050785&recalg=1006,994,997&recset=eb9d16b1-5f14-43d9-bbdf-6a664e22d68c&refccid=QB7STUMWAURILCSKUXIBWLE7VY&recguid=586f5a00-1fe7-4867-9e59-f68fea7ca108&recidx=3 |
| 24 | BedBath& Beyond | VANTOUL | | 45600855 | https://www.bedbathandbeyond.com/Home-Garden/Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet-with-Glass-Tabletop-6-Drawers-for-Bedroom/42363746/product.html?option=88329666&recalg=1006,994,997&recset=eb9d16b1-5f14-43d9-bbdf-6a664e22d68c&refccid=QB7STUMWAURILCSKUXIBWLE7VY&recguid=586f5a00-1fe7-4867-9e59-f68fea7ca108&recidx=5 |
| 25 | Overstock | | China | 44232170 | https://www.overstock.com/Home-Garden/Modern-6-Drawers-Dresser-with-Glass-Tabletop-and-Open-Shelves/40812070/product.html?option=84050785 |
| 26 | Overstock | | China | 44139335 | https://www.overstock.com/Home-Garden/Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet-with-Glass-Tabletop-Display-Shelf-6-Drawers/40705410/product.html |
| 27 | Overstock | | China | 44193187 | https://www.overstock.com/Home-Garden/Island-Vanity-Dresser-and-Storage-Cabinet-Dressing-Island-with-Glass-Shelves-Spacious/40767574/product.html?option=83903610 |
| 28 | Wayfair | Kiddie Furniture | China | IDDI1219 | https://www.wayfair.com/home-improvement/pdp/kiddie-furniture-modern-luxury-multi-functional-6-drawer-storage-drawer-vanity-dresser-with-glass-tabletop-in-cream-white-iddi1219.html? |

| # | Retailer | Seller | Country | Product ID | URL |
|---|---|---|---|---|---|
| 29 | Wayfair | Ophelia & Co. | China | W117459730 | https://www.wayfair.com/furniture/pdp/ophelia-co-modern-luxury-multi-functional-island-vanity-dresser-and-storage-cabinet-with-glass-tabletop-display-cabinet-6-drawers-for-walk-in-wardrobe-and-bedroom-w117459730.html |
| 30 | Wayfair | Ivy Bronx | China | W111573793 | https://www.wayfair.com/furniture/pdp/ivy-bronx-60w-x-18d-x-33h-multifunctional-armoire-wardrobe-closet-with-drawers-cream-white-wardrobe-closet-cabinet-glass-top-with-jewelry-armoire-w111573793.html |
| 31 | Walmart | TianShun Co.ltd | China | 7366557226 | https://www.walmart.com/ip/Sesslife-Vanity-Desk-Storage-Cabinets-Multi-functional-Island-Makeup-Dressing-Table-6-Drawers-Display-Shelf-Modern-Makeup-Vanity-Table-Glass-Tabletop/7366557226 |
| 32 | Walmart |  | China | 14038919625 | https://www.walmart.com/ip/Modern-Luxury-Multi-Functional-Island-Vanity-Dresser-Storage-Cabinet-Glass-Tabletop-Display-Shelf-6-Drawers-Walk-in-Wardrobe-Bedroom/14038919625 |
| 33 | Walmart |  | China | 14321572487 | https://www.walmart.com/ip/Aukfa-Vanity-Dresser-Storage-Cabinet-with-Glass-Tabletop-for-Bedroom-White/14321572487 |
| 34 | Walmart | QYGWAL | China | 17837451958 | https://www.walmart.com/ip/Modern-Luxury-Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet-with-Glass-Display-Cabinet-6-Drawers-for-Walk-in-Wardrobe-and-Bedroom/17837451958?classType=REGULAR |
| 35 | Lowes | JIMSMAISON | China | 6589988 | https://www.lowes.com/pd/JIMSMAISON-Our-modern-luxury-island-style-vanity-and-storage-cabinet-is-a-versatile-centerpiece-designed-to-elevate-your-living-space-with-its-elegant-contemporary-design-and-multifunctional-practicality/5015724341 |
| 36 | Lowes | Bayfeve | China | 6588242 | https://www.lowes.com/pd/Bayfeve-Modern-Luxury-Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet-with-Glass-Tabletop/5015720725 |
| 37 | Target | Mshliw | China | 1007804595/708494995795 | https://www.target.com/p/mshliw-multi-functional-island-vanity-dresser-with-glass-top-display-cabinet-and-6-drawers-storage-for-walk-in-wardrobe-bedroom/-/A-1007804595 |

| | | | | | |
|---|---|---|---|---|---|
| 38 | Target | Whisen | China | 1005254764/725530852638 | https://www.target.com/p/whisen-wooden-captain-two-drawer-nightstand-kids-night-stand-end-side-table/-/A-1005254542?preselect=1005254764#lnk=sametab |
| 39 | Target | ORRD | China | 1007493788/738958130103 | https://www.target.com/p/orrd-multi-functional-kitchen-island-vanity-dresser-with-6-drawers-modern-storage-cabinet-with-glass-top-for-bedroom/-/A-1007493788 |
| 40 | Shopify | | China | gig_bs325564aak | https://roomanddecor.com/products/modern-luxury-multi-functional-island-vanity-3aor5 |
| 41 | Aosom | Bed Best | China | F-BBS-BS325564AAK | https://www.aosom.com/item/modern-luxury-multi-functional-island-vanity-dresser-and-storage-cabinet-with-glass-tabletop-6-drawers-and-display~1OAFMC6SS9G01.html |
| 42 | OpenTip | Bed Best / FCF | China | FCF-BS325564AAK | https://www.opentip.com/Modern-Luxury-Multi-Functional-Island-Vanity-Dresser-and-Storage-Cabinet-with-Glass-Tabletop-Display-Shelf-6-Drawers-for-Walk-in-p-15909208.html |
| 43 | Ebay | hanxuan006 | China | 375496806927 | https://www.ebay.com/itm/375496806927 |
| 44 | Aliexpress | RBXC Furniture Department Store | China | 3256809916851793 | https://www.aliexpress.us/item/3256809916851793.html?gatewayAdapt=glo2usa |